IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| RODNEY DALE HOOD | § | |
| VS. | § | CIVIL ACTION NO. 1:25cv346 |
| BRYAN COLLIER, ET AL. | § | |

ORDER OVERRULING OBJECTIONS AND ADOPTING
THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Rodney Dale Hood, an inmate confined within the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, brought this civil rights lawsuit pursuant to 42 U.S.C. § 1983 against several defendants. The Court previously referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas. The Magistrate Judge has submitted a Report and Recommendation of United States Magistrate Judge recommending that a motion for temporary restraining order or preliminary injunction be denied as moot.

The Court has received the Report and Recommendation of United States Magistrate Judge, along with the record and pleadings in this matter. Plaintiff filed objections to the Report and Recommendation.

The court has conducted a *de novo* review of the objections in relation to the pleadings and the applicable law. *See* FED. R. CIV. P. 72(b). After careful consideration, the court concludes plaintiff's objections lack merit. The Magistrate Judge's recommendation was based on plaintiff's transfer to a different prison unit. Based on the authorities cited in the Report of the Magistrate Judge, the recommendation is correct.

ORDER

Accordingly, plaintiff's objections [Dkt. 22] are OVERRULED. The findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge [Dkt. 15] is ADOPTED as the opinion of the Court. The motion for preliminary injunction or temporary

restraining order [Dkt. 1] is DENIED as moot.

**SIGNED this 28th day of May, 2026.**

_Michael J. Truncale_

Michael J. Truncale
United States District Judge